**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT T. WALKER, | ) |
| Plaintiff, | )      Case No. 2:15-cv-01383-GMN-NJK |
| v. | ) |
| DAVID STEVENS, *et al.*, | )      **ORDER** |
| Defendants. | ) |
| _____ | ) |

      Currently pending before the Court is Plaintiff's Motion for a Copy of Complaint (ECF No. 7).  Plaintiff alleges that he has not received a copy of his complaint and seeks a copy of his complaint in advance of mediation.   The Court GRANTS Plaintiff's motion for a copy of his complaint (ECF No. 7).  IT IS HEREBY ORDERED that the Clerk of the Court shall send to Plaintiff a copy of his complaint (ECF No. 3).

      DATED: This 26th day of February, 2016.

                                   _____

                                   NANCY J. KOPPE
                                   United States Magistrate Judge