**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT T. WALKER, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 2:15-cv-01383-GMN-NJK |
| DAVID STEVENS, *et al.*, | ) **ORDER** |
|     Defendants. | ) |

**I.   DISCUSSION**

On January 20, 2016, this Court issued an screening order and stayed the case for 90 days to give the parties an opportunity meet with a court-appointed mediator. (ECF No. 4, 6, 10). On April 18, 2016, Defendants filed a motion for an extension of time to file their status report. (ECF No. 11). Defendants seek to file their status report on or before June 13, 2016, because the Inmate Early Mediation Conference is scheduled for June 10, 2016. (*Id.* at 1-2).

The Court hereby GRANTS the motion for an extension of time. Defendants shall file their status report on or before June 13, 2016.

///
///
///
///
///
///
///

## II. CONCLUSION

For the foregoing reasons, the Court GRANTS Defendants' motion for extension of time (ECF No. 11). Defendants shall file their status report on or before June 13, 2016.

IT IS SO ORDERED.

DATED: This 28th day of April, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge