# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT T. WALKER,<br>　　　　　　Plaintiff(s),<br>vs.<br>DAVID STEVENS, et al.,<br>　　　　　　Defendant(s). | Case No. 2:15-cv-01383-GMN-NJK<br><br>ORDER |

Pending before the Court is a motion to continue the settlement conference. Docket No. 32. Defendants have also submitted a supplement with proposed dates. Docket No. 33. For good cause shown, the motion is **GRANTED**, and the settlement conference is continued to 9:30 a.m. on June 2, 2017. Defendants shall submit their settlement conference statement in accordance with the requirements outlined in Docket No. 27 no later than May 26, 2017. Plaintiff shall submit his settlement conference statement in accordance with the requirements set forth in Docket No. 31, no later than May 22, 2017. Any settlement statements already received in chambers will be destroyed. Except as outlined herein, all requirements in Docket No. 27 continue to govern.

IT IS SO ORDERED.

DATED: March 24, 2017

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge